

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 3:24CR81-HTW-ASH

ATRELL GALLOWAY, JR.                                          18 U.S.C. § 922(o)

**The United States charges:**

That on or about June 9, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **ATRELL GALLOWAY, JR.**, knowingly possessed a machine gun in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant, **ATRELL GALLOWAY, JR.**, shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

1. One (1) Glock Pistol, Model 45, CAL: 9mm, Serial No. PA4557PD, with Attached Machinegun Conversion Device;

2. One (1) Glock Pistol Magazine, CAL: 9mm; and

3. Seventeen (17) Rounds of Ammunition, CAL: 9mm.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:

**S/SIGNATURE REDACTED**

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE